United States District Court
Southern District of Texas
**ENTERED**
February 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TANESIA STOKES, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-02297 |
| § | |
| CLASSIC CHEVROLET SUGAR LAND, § | |
| LLC, § | |
| § | |
| Defendant. § | |

## ORDER ON JOINT MOTION TO STAY CASE PENDING MEDIATION

**THIS CAUSE** came on before the Court upon the parties' joint motion to stay this case pending mediation (Dkt. No. 17) and the Court having reviewed the file and being otherwise fully advised, it is hereby

**ORDERED** and **ADJUDGED** that the parties' joint motion to stay case pending mediation is **GRANTED**. All deadlines in this matter are temporarily stayed until April 9, 2026, pending the outcome of the parties' March 10, 2026 mediation. The parties shall submit a joint status report within thirty (30) days following mediation (on or before April 9, 2026).

It is so ORDERED.

SIGNED on February 18, 2026, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge